# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4235
_____

J.B., Father of M.L.B., J.L.A.B.,
J.J.B., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.

January 23, 2019

PER CURIAM.

    AFFIRMED.

LEWIS, ROWE, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Ryan Thomas Truskoski of Ryan Thomas Truskoski, P.A., Orlando, for Appellant.

Sara Goldfarb of Florida Statewide Guardian ad Litem Office, and Thomasina Moore, Statewide Director of Appeals, and Sarah Rumph of Children's Legal Services, Tallahassee, for Appellee.